**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jonathan W. Kallen | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>vs. | Movant | NO. 18-14137 AMC |
| Jonathan W. Kallen | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | Trustee | |

**ORDER**

AND NOW, this 10th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Ford F-150 ("Vehicle"), bearing VIN Number 1FTEX1EP0GFB61100.

_____
Ashely M. Chan
United States Bankruptcy Judge

Jonathan W. Kallen
338 Parkview Avenue
Langhorne, PA 19047

Patricia M. Mayer, Esq.
Waterman & Mayer, LLP
301 Oxford Velley Road (VIA ECF)
Suite 203B
Yardley, PA 19067

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532