United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 18-14137-amc
Jonathan W. Kallen                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 1           Date Rcvd: Sep 10, 2018
                        Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
```
db            +Jonathan W. Kallen,    338 Parkview Avenue,    Langhorne, PA 19047-5305
cr             Wells Fargo Bank, N.A.,    MAC # N9286-01Y,    1000 Blue Gentian Rd,    Eagan, MN  55121-7700
14126018     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
14126017     +Bank of America,    FL9-600-02-26,    PO Box 45224,    Jacksonville, FL 32232-5224
14179157     +Bank of America NA,    c/o Rebecca A Solarz, Esquire,     KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 11 2018 02:13:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2018 02:13:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2018 02:13:29     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
```
              PATRICIA M. MAYER    on behalf of Debtor Jonathan W. Kallen pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jonathan W. Kallen | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. vs. | Movant | NO. 18-14137 AMC |
| Jonathan W. Kallen | Debtor(s) | 11 U.S.C. Section 362 |
| Robert H. Holber Esq. | Trustee | |

## ORDER

AND NOW, this 10th day of September, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Ford F-150 ("Vehicle"), bearing VIN Number 1FTEX1EP0GFB61100.

_____
Ashely M. Chan
United States Bankruptcy Judge

Jonathan W. Kallen
338 Parkview Avenue
Langhorne, PA 19047

Patricia M. Mayer, Esq.
Waterman & Mayer, LLP
301 Oxford Velley Road (VIA ECF)
Suite 203B
Yardley, PA 19067

Robert H. Holber Esq.
41 East Front Street (VIA ECF)
Media, PA 19063

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532