United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14137-amc
Jonathan W. Kallen                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Dec 07, 2018
                              Form ID: 318            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db            +Jonathan W. Kallen,    338 Parkview Avenue,    Langhorne, PA 19047-5305
14126016       AT&T Universal Card,    PO Box 70166,    Philadelphia, PA 19176-0166
14179157      +Bank of America NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14126020       Fairmount BHS,   c/o Frost-Arnett,    PO Box 198988,    Nashville, TN 37219-8988
14126021       Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRHHOLBER.COM Dec 08 2018 08:13:00     ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: megan.harper@phila.gov Dec 08 2018 03:30:46     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2018 03:29:41     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2018 03:30:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14126018       EDI: BANKAMER.COM Dec 08 2018 08:13:00     Bank of America,    PO Box 15019,
               Wilmington, DE 19886-5019
14126017      +EDI: BANKAMER.COM Dec 08 2018 08:13:00     Bank of America,    FL9-600-02-26,    PO Box 45224,
               Jacksonville, FL 32232-5224
14126019       EDI: CHASE.COM Dec 08 2018 08:13:00     Chase,    PO Box 15123,    Wilmington, DE 19850-5123
14126022      +EDI: IRS.COM Dec 08 2018 08:14:00     Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
14210159       EDI: BECKLEE.COM Dec 08 2018 08:13:00     State Farm Bank,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
14126023       EDI: STFMFC.COM Dec 08 2018 08:13:00     State Farm Bank,    PO Box 23025,
               Columbus, GA 31902-3025
14126024       EDI: TDBANKNORTH.COM Dec 08 2018 08:14:00     TD Bank,    Operations Center,    PO Box 8400,
               Lewiston, ME 04243
14126029      +E-mail/Text: Bankruptcy@wsfsbank.com Dec 08 2018 03:31:27     WSFS,    500 Delaware Avenue,
               Wilmington, DE 19801-1490
14126025       EDI: WFFC.COM Dec 08 2018 08:13:00     Wells Fargo Bank, N.A.,    PO Box 95225,
               Albuquerque, NM 87199-5225
14126026      +EDI: WFFC.COM Dec 08 2018 08:13:00     Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7200
14126027      +EDI: WFFC.COM Dec 08 2018 08:13:00     Wells Fargo Card Services,    PO Box 77053,
               Minneapolis, MN 55480-7753
14126028      +EDI: WFFC.COM Dec 08 2018 08:13:00     Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                               TOTAL: 16
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
              PATRICIA M. MAYER    on behalf of Debtor Jonathan W. Kallen pmayer.esq@comcast.net,
               nydia.ramirez@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 318            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                              TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jonathan W. Kallen** | Social Security number or ITIN **xxx–xx–5189** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18–14137–amc**

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan W. Kallen

12/7/18                                                                           **By the court:**  <u>Ashely M. Chan</u>
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**          page 2